United States District Court
District of Connecticut
FILED AT NEW HAVEN

9/4 ,20 24

By  N. Langello
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE ARREST WARRANT | No. 3:24-mj-780 RMS |
| | **Filed Under Seal** |

## MOTION TO SEAL

The United States of America respectfully submits this motion to seal this matter, including the criminal complaint, affidavit, any resulting arrest warrant, and this motion and order to seal, for a period of six months, until March 4, 2025, or until further order of the Court. The United States submits that sealing is necessary because the matter relates to an ongoing criminal investigation that is neither public nor known in its entirety to the target of this investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation, including by giving the target an opportunity to flee, destroy or tamper with evidence, or change patterns of behavior.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

LAUREN C. CLARK
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv09365
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
Tel: (203) 696-3000