# UNITED STATES DISTRICT COURT

DISTRICT OF Connecticut

USA

V.

Kelldon Hinton

**EXHIBIT AND WITNESS LIST**

Case Number: 3:24-mj-00780-RMS

| PRESIDING JUDGE Robert M. Spector | PLAINTIFF'S ATTORNEY Lauren Clark | DEFENDANT'S ATTORNEY Kelly Barrett |
|---|---|---|
| TRIAL DATE (S) 9/5/2024 | COURT REPORTER CourtSmart | COURTROOM DEPUTY Nick Langello |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/5/2024 | Yes | Full | Government's Photo #1 |
| 2 | | 9/5/2024 | Yes | Full | Government's Photo #2 |
| 3 | | 9/5/2024 | Yes | Full | Government's Photo #3 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages