# EXHIBIT A



**STATE OF CONNECTICUT**
DEPARTMENT OF MENTAL HEALTH & ADDICTION SERVICES
CONNECTICUT VALLEY HOSPITAL

October 17, 2024

Office of the Federal Defender
265 Church Street
Suite 702
New Haven, CT 06510

RE: Hinton, Kelldon (DOB )

To Whom It May Concern:

Kelldon Hinton has been accepted for inpatient services in the Addiction Services Division at the Middletown Campus of Connecticut Valley Hospital with an admission date of 11/12/24.

The Addiction Services Division is a component of Connecticut Valley Hospital, a State of Connecticut non-profit facility operated by the Division of Mental Health and Addiction Services (DMHAS), which provides 24-hour inpatient services. The Addiction Services Division offers inpatient services located in Middletown and Hartford. Both campuses provide two levels of care. Acute withdrawal management provides care for individuals who are experiencing acute withdrawal symptoms from substances. Intensive residential treatment is available for those who need structure and education to start their recovery process.

All units within the division are locked units, including at both the Hartford and Middletown campus, and patients are under 24/7 supervision of staff. Should a patient decide to voluntarily leave AMA, the probation officer will be notified immediately. The patient will be evaluated first to ensure he/she is not a grave danger to themselves or the community before allowing discharge from the unit. Once admitted, no visitors are permitted except for Family Education Sessions on Thursdays. No passes are allowed except for legal and medical appointments, and in those cases, with staff supervision. Patients will be provided with a 20 minute "fresh air" break on secured grounds with staff supervision only. The use of a cellphone is prohibited, and a landline phone is available on the unit wall. The staff can enforce court ordered conditions.

Respectfully,

Justin Rogala, LCSW
Behavioral Health Unit Supervisor
Screening & Admissions
Addiction Services Division
Connecticut Valley Hospital